IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SOPHIA AIRA, et al.

                Plaintiff,

      v.

CITY OF ATLANTA, et al.

                Defendants.

CIVIL ACTION FILE NO.
1:24-cv-03344-MHC

---

**CITY OF ATLANTA'S AND MAJOR JESSICA BRUCE'S MOTION TO DISMISS PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT FOR DAMAGES**

---

COME NOW, Defendants CITY OF ATLANTA (the "City") and MAJOR JESSICA BRUCE ("Deputy Chief Bruce") and file this and file and serve this Motion to Dismiss Plaintiffs' Third Consolidated Amended Complaint for Damages ("Third Amended Complaint"), pursuant to Fed R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, the City and Deputy Chief Bruce rely upon:

1. All pleadings and other matters properly before this Court; and

2. The City's and Deputy Chief Bruce's Brief in Support filed contemporaneously herewith.

1

WHEREFORE, Defendants City of Atlanta and Jessica Bruce respectfully request this Court inquire into and grant this Motion to Dismiss.

Respectfully submitted this 17th day of June, 2025.

| | |
|---|---|
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303-1775<br>Tel: (404) 954-5000<br>Fax: (404) 954-5020<br>rbritt@hallboothsmith.com<br>nkinsley@hallboothsmith.com | **HALL BOOTH SMITH, P.C.**<br><br>*/s/ Russell A. Britt*<br>*/s/ Nicholas A. Kinsley*<br>RUSSELL A. BRITT<br>Georgia Bar No. 473664<br>NICHOLAS A. KINSLEY<br>Georgia Bar No. 273862<br><br>*Counsel for Defendants City of Atlanta and Major Jessica Bruce* |

2

## **LOCAL RULE 7.1D CERTIFICATION**

Pursuant to Local Rule 7.1D for the Northern District of Georgia, the undersigned counsel for Defendant City of Atlanta and Deputy Chief Bruce certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B and C.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SOPHIA AIRA, et al.

                        Plaintiff,

                                        CIVIL ACTION FILE NO.
        v.                              1:24-cv-03344-MHC

CITY OF ATLANTA, et al.

                        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing **CITY OF ATLANTA'S AND MAJOR JESSICA BRUCE'S MOTION TO DISMISS PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT FOR DAMAGES** with the Court using the CM/ECF System and served a copy via the e-filing system, which will automatically serve all parties to this matter:

**Drago Cepar, Jr., Esq**.          **Wade W. Herring, III**
1900 The Exchange, Suite 490        40 Capitol Square, S.W.
Atlanta, GA 30339                   Atlanta, Georgia 30334-1300
770-940-3233                        Tel: (404) 458-3375
dcepar@gmail.com                    wherring@law.ga.gov
*Counsel for Plaintiff*

        This 17th day of June, 2025.

4

| | HALL BOOTH SMITH, P.C. |
|---|---|
| 191 Peachtree Street, N.E. Suite 2900 Atlanta, GA 30303-1775 Tel: (404) 954-5000 Fax: (404) 954-5020 rbritt@hallboothsmith.com nkinsley@hallboothsmith.com | */s/ Russell A. Britt* */s/ Nicholas A. Kinsley* RUSSELL A. BRITT Georgia Bar No. 473664 NICHOLAS A. KINSLEY Georgia Bar No. 273862  *Counsel for Defendants City of Atlanta and Major Jessica Bruce* |